STATE of Missouri, Respondent,

v.

Donnie R. BOLDEN, Appellant.

No. WD 59541.

Missouri Court of Appeals,
Western District.

Jan. 29, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 5, 2002.

Application for Transfer Denied
April 23, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, ROBERT G. ULRICH, Judge, and LISA WHITE HARDWICK, Judges.

## ORDER

Donnie R. Bolden appeals his conviction of one count of robbery in the first degree, § 569.020, RSMo, and one count of armed criminal action, § 571.015, RSMo. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).